IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN TOLAN | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| TEMPLE HEALTH SYSTEM | : | NO. 09-CV-5492 |
| TRANSPORT TEAM, INC. | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 26th day of February, 2013, IT IS HEREBY ORDERED that the defendant's motion for summary judgment (Dkt. 32) is GRANTED as to all counts in the complaint.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.